UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA RAYMOND,

    Plaintiff, individually and on behalf
    of all others similarly situated,        Civil Action No. 21-cv-11793

v        HON. MARK A. GOLDSMITH

OGDEN PUBLICATIONS INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Plaintiff Raymond brought this class action individually and on behalf of others similarly situated, alleging that Defendant Ogden Publications Inc. violated Michigan's Preservation of Personal Privacy Act, Mich. Comp. L. 445.1711 et seq. See Compl. at ¶¶ 55–73 (Dkt. 1). On January 28, 2022, Raymond filed a notice of voluntary dismissal with prejudice (Dkt. 10).

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Rule 41 also states that "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). However, a plaintiff may also choose to voluntarily dismiss his or her claims with prejudice. See In re Duramax Diesel Litig., No. 17-11661, 2020 WL 1685462, at *2 (E.D. Mich. Apr. 7, 2020) (citing Smoot v. Fox, 340 F.2d 301, 302–303 (6th Cir. 1964).

In this case, Raymond brought both her own claims and claims on behalf of others similarly situated. She is free to dismiss her own claims with prejudice, see id., but not those of other

claimants. Accordingly, Raymond's claims are dismissed with prejudice, and the class claims are dismissed without prejudice.

    SO ORDERED.

Dated: February 1, 2022　　　　　　　　　　　　　s/Mark A. Goldsmith
      Detroit, Michigan　　　　　　　　　　　　　MARK A. GOLDSMITH
                                                  United States District Judge